# Third District Court of Appeal
## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1825
Lower Tribunal No. 16-121-A-K
_____


**William Roberts Baker,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Mark Wilson, Judge.

William Roberts Baker, in proper person.

Ashley Moody, Attorney General, for appellee.


Before SCALES, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.